**Opinion issued January 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00165-CV

————————————

**KATHY SHAW, Appellant**

**V.**

**JUANITA CESAR WORRELL, Appellee**

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1056379

## MEMORANDUM OPINION

Appellant, Kathy Shaw, proceeding *pro se*, appealed from the trial court's

final judgment, signed on January 12, 2015, in this forcible detainer action. *See*

TEX. R. APP. P. 26.1. However, after the clerk's record was filed on October 27,

2015, making the appellate record complete because there was no reporter's record, appellant failed to timely file her appellate brief. *See id.* 38.6(a).

On December 16, 2015, the Clerk of this Court notified appellant that her appeal was subject to dismissal for failure to timely file her appellate brief, and that her appeal would be dismissed unless she responded within 10 days. *See id.* 38.8(a)(1), 42.3(c). The Court's notice was returned with the following marked on the envelope: "RETURN TO SENDER[,] NOT DELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD." Appellant has neither timely filed her brief or other response to the Court's notice, nor provided the Clerk of this Court with any other address. *See id.* 9.1(b) ("A party not represented by counsel must sign any document . . . and give the party's mailing address, telephone number, fax number, if any, and email address."); 38.8(a)(1), 42.3(c).

Accordingly, we **dismiss** the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.